**Shirley K. BAKER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3136.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2010.

Michael D. Austin, Department of Justice, Washington, DC, for Petitioner.

Shirley K. Baker, Petersburg, WV, for Respondent.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Uri COHEN**

No. 2010–1440.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2010.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Michael B. Einschlag, Los Altos Hills, CA, for Uri Cohen.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).